United States District Court
Southern District of Texas
**ENTERED**
August 06, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, § <br> *Plaintiff,* § <br> § <br> V. § <br> § <br> JEFFERY J. DENNIS, ET AL., § <br> *Defendants.* § | CIVIL ACTION NO. 4:25cv00005 |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED WITHOUT PREJUDICE** for lack of service.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this _6th_ day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE